USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIJAY GARG,

                Plaintiff,

         v.

KEN ZI WANG,

                Defendant.

21-CV-7716 (JPO) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

      On November 17, 2021, plaintiff filed a letter-motion seeking judicial approval to serve the Complaint and Summons on defendant by alternative means pursuant to Fed. R. Civ. P. 4(f)(3). (Dkt. No. 5.) It is hereby **ORDERED** that (1) plaintiff shall serve his letter-motion on defendant's New York counsel, Charles J. Borrero, Esq., and defendant's Singapore counsel, Stephenson Harwood LLP, by email, and file proof of such service on the docket; (2) defendant shall file his opposition to plaintiff's letter-motion, if any, no later than **one week from the date of such service**; and (3) plaintiff shale file his reply to defendant's opposition, if any, no later than **two days from the date of defendant's opposition**.

Dated: November 18, 2021
       New York, New York

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**