UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

VIJAY GARG,

      Plaintiff,                        21-cv-07716 (JPO)

-v

KEN ZI WANG,                   **PLAINTIFF VIJAY GARG'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), with no answer or motion for summary judgment filed by defendant Ken Zi Wang, plaintiff Vijay Garg voluntarily dismisses this action with prejudice.

Dated: April 19, 2022                 CLARK HILL PLC
                                                  By:

                                                  ---------------------------
                                                  Steven M. Richman
                                                  830 Third Avenue
                                                  Suite 200
                                                  New York ,NY 10022

                                                  210 Carnegie Center
                                                  Suite 102
                                                  Princeton, NJ 08540
                                                  Phone: (609) 785-2911
                                                  Fax: (609) 785-2999

                                               Email: srichman@clarkhill.com
                                               Counsel for VIJAY GARG

## CERTIFICATE OF SERVICE

       I, Steven M. Richman, of full age, certify that on April 19, 2021, I caused a copy of this Notice of Voluntary Dismissal to be served on counsel of record through the ECF system.

                                               ------------------------------------